UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

DAMASO JUNIOR VILLALOBOS
FUENMAYOR,

    Petitioner,

v.

PAMELA BONDI, et al.,

    Respondents.

No. 6:25-CV-102-H

## ORDER

Before the Court is the petitioner's Notice of Voluntary Dismissal. Dkt. No. 12. The notice purports to dismiss this case under Federal Rule of Civil Procedure 41(a)(1)(A)(i). But as the notice acknowledges, the respondents have filed an answer to the petition for a writ of habeas corpus. *Id.* at 2; *see* Dkt. No. 9. Thus, Rule 41(a)(1)(A)(i) is inapplicable. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (permitting voluntary dismissal by the plaintiff without a court order "before the opposing party serves . . . an answer"). Accordingly, the Court construes the notice (Dkt. No. 12) as a motion to voluntarily dismiss this case under Rule 41(a)(2).

The motion is granted. The parties shall each bear their own costs and attorneys' fees, and the Clerk of Court is directed to close this case. The pending motion for leave to proceed without local counsel (Dkt. No. 11) is denied as moot.

So ordered on January 22, 2026.

                                              JAMES WESLEY HENDRIX
                                              UNITED STATES DISTRICT JUDGE